# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## ( P3d )

## BALLOT TITLE CERTIFIED

### March 28, 2014

Straus v. Rosenblum (S061884/85)(S061887). The arguments (made by all petitioners) that the Attorney General's certified ballot title for Referendum No. 301 (2014) does not comply substantially with ORS 250.035(2) to (6) are not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.